UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o JAMES MOONEY,<br>        Plaintiff<br><br>v.<br><br>ANDERSON INSLATION INC.,<br>        Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>ICYNENE, INC.,<br>        Third-Party Defendant/<br>        Fourth-Party Plaintiff,<br><br>v.<br><br>SEA-DAR CONSTRUCTION,<br>        Fourth-Party Defendant. | C.A. NO.  1:12-cv-10253-WGY |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by Plaintiff Federal Insurance Company a/s/o James Mooney, Defendant/Third-Party Plaintiff Anderson Insulation, Inc., Third-Party Defendant/Fourth-Party Plaintiff Icynene, Inc., and Fourth-Party Defendant Sea-Dar Construction that the above action, including all third-party and fourth-party claims, are hereby dismissed in their entirety, with prejudice, without costs, and without rights of appeal.

1

Respectfully Submitted:

| | |
|---|---|
| PLAINTIFF,<br>Federal Insurance Company a/s/o<br>  James Mooney,<br>By its attorneys | DEFENDANT,<br>Anderson Insulation, Inc.<br>By its attorneys, |
| /s/ *James P. Cullen, Jr.*<br>James P. Cullen, Jr., BBO# 675217<br>Cozen O'Connor<br>1900 Market Street<br>The Atrium – 3rd Floor<br>Philadelphia, PA 19103<br>Tel: 215-665-4102<br>Email:  jcullen@cozen.com | /s/ *Dennis M. Lindgren*<br>Dennis M. Lindgren, BBO# 648007<br>Robert R. Pierce, BBO# 549172<br>Pierce & Mandell, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>Tel: 617-720-2444<br>Email: dennis@piercemandell.com<br>        bob@piercemandell.com |
| THIRD-PARTY DEFENDANT/<br>FOURTH-PARTY PLAINTIFF<br>Icynene, Inc.<br>By its attorneys, | FOURTH-PARTY DEFENDANT,<br>Sea-Dar Enterprises, Inc. d/b/a Sea-Dar<br>   Construction,<br>By its attorneys, |
| /s/ *Patricia B. Gary*<br>Kenneth B. Walton, BBO# 562174<br>Patricia B. Gary, BBO# 554731<br>Donovan Hatem LLP<br>Two Seaport Lane, 8th Floor<br>Boston, Massachusetts 02108<br>Tel:  617-406-4500<br>Email:  kwalton@donovanhatem.com<br>        pgary@donovanhatem.com | /s/ *Andrew R. Ferguson*<br>Andrew R. Ferguson, BBO# 649301<br>Marisa M. Skoglind, BBO# 672338<br>Coughlin Betke, LLP<br>175 Federal Street<br>Boston, MA 02110<br>Tel: 617-988-8050<br>Email: aferguson@coughlinbetke.com<br>        mskoglind@coughlinbetke.com |

CERTIFICATE OF SERVICE

    I, Andrew R. Ferguson, hereby certify that on this 1st day of October, 2013, I served a copy of the within document to all counsel of record via the Court ECF system.

                              /s/ *Andrew R. Ferguson*
                              Andrew R. Ferguson